# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| GOLD CROSS EMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO: |
| v. ) | |
| ) | |
| PANASONIC CORPORATION OF ) | [*On removal from the Superior Court* |
| NORTH AMERICA, ) | *of Columbia County, Civil Action* |
| ) | *file No. 2020ECV0602]* |
| Defendant. ) | |

## NOTICE OF REMOVAL

COMES NOW Defendant Panasonic Corporation of North America ("PNA") and within the time prescribed by law, files a Notice of Removal of this action from the Superior Court of Columbia County, State of Georgia to the United States District Court for the Southern District of Georgia, Augusta Division, pursuant to 28 U.S.C. §§1332, 1441, and 1446. In support of the Notice of Removal, PNA respectfully shows to the Court the following facts:

1.

Plaintiff filed suit against PNA in the Superior Court of Columbia County, Georgia, which is within the Augusta Division of this Court. This suit is styled as above and numbered Civil Action File No. 2020ECV0602 in that Court. *See* Complaint, Exhibit A.

2.

Plaintiff is a corporation with its principal place of business located at 4328 Wheeler Road, Martinez, Columbia County, Georgia and is a citizen of the State of Georgia.

3.

PNA is a foreign corporation, incorporated in the state of Delaware. PNA is registered with the Georgia Secretary of State to do business in Georgia with its principal place of business located at Two Riverfront Plaza, Newark, New Jersey and is a citizen of the State of New Jersey. PNA is not a citizen of the State of Georgia and was not a citizen of the State of Georgia on the date of filing of the aforesaid civil action and has not been thereafter.

4.

Plaintiff's Complaint seeks to recover damages for repair, replacement, and loss of use of its ambulance, unit Med31, which allegedly arose from fire starting from a battery in a Toughpad, Model FZ-G1 ("Toughpad"), a tablet manufactured by PNA. Specifically, Plaintiff alleges strict products liability and negligent products liability claims against PNA relating to the Toughpad battery involved in the accident. *See* Complaint, Exhibit A, ¶¶20-28. Plaintiff also alleges breach of express and implied warranty against PNA with respect to the sale of the Toughpad battery. *See* Complaint, Exhibit A. ¶¶36-42.

5.

Plaintiff's Complaint seeks damages of in excess of $75,000.00. *See* Complaint, Exhibit A. ¶¶17-18.  As such, jurisdiction is proper under 28 U.S.C. § 1332, because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.  28 U.S.C. § 1332(a).

6.

This action was instituted on October 13, 2020, in the Superior Court of Columbia County. On October 27, 2020, PNA was served with the Summons, Complaint, Plaintiff's First Interrogatories and Request for Production to Defendant, and Standing Order for Mediation in Civil Cases. PNA is removing this action within thirty (30) days of the earliest date of service. This Notice of Removal is also filed within one year of the commencement of the action.  Thus, removal is timely under 28 U.S.C. § 1446(b).

7.

Venue is proper in this District Court pursuant to 28 U.S.C. § 1441(a) because the action was originally filed in the Superior Court of Columbia County, State of Georgia, which lies within the United States District Court for the Southern District of Georgia, Augusta Division. See 28 U.S.C. § 90(a)(2).

8.

In accordance with 28 U.S.C. § 1446(a), PNA attaches hereto all copies of all process, pleadings, and orders served upon it in this case, such copies being marked collectively "Exhibit B."

9.

The written notice of filing and a copy of the Notice of Removal are being filed simultaneously with the Clerk of the Superior Court of Columbia County, State of Georgia, in accordance with 28 U.S.C. § 1446(d), a copy of which has been attached as "Exhibit C."

10.

Because the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.00, this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and removal jurisdiction pursuant to 28 U.S.C. § 1441.

WHEREFORE, Defendant Panasonic Corporation of North America prays that this case be removed to the United States District Court for the Southern District of Georgia, Augusta Division.

*[Signature follows on next page.]*

Respectfully submitted, this the 24th day of November, 2020.

                **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                By:   */s/ Ashley C. Webber*
                        C. Bradford Marsh
                        Georgia Bar No. 471280
                        Ashley C. Webber
                        Georgia Bar No. 149654
                        *Attorneys for Defendant Panasonic Corporation of North America*

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following attorneys of record:

Christopher A. Cosper
Hull Barrett PC
801 Broad Street, Suite 700
Augusta Georgia 30901
ccosper@hullbarrett.com

        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

        By:   */s/ Ashley C. Webber*
                C. Bradford Marsh
                Georgia Bar No. 471280
                Ashley C. Webber
                Georgia Bar No. 083593
                *Attorneys for Defendant Panasonic Corporation of North America*

Suite 300, The Peachtree
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3238
404-874-8800 (ph)
404-888-6199 (fax)
brad.marsh@swiftcurrie.com
ashley.webber@swiftcurrie.co

4841-9003-6178, v. 1