IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GOLD CROSS EMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 120-171 |
| | ) | |
| PANASONIC CORPORATION OF | ) | |
| NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

In consideration of Fed. R. Civ. P. 16(b), the Local Rules, and the Rule 26(f) Report, the Court imposes the following scheduling deadlines:

| | |
|---|---|
| DATE ISSUE JOINED | November 24, 2020 |
| DATE OF RULE 26(f) CONFERENCE | December 14, 2020 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | April 1, 2021 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | April 1, 2021 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY DEFENDANT | May 3, 2021 |
| CLOSE OF DISCOVERY | June 30, 2021 |
| JOINT STATUS REPORT[1] | June 30 , 2021 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | July 30, 2021 |

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.  Any extension of the discovery period automatically extends the Joint Status Report deadline.

The Court hereby incorporates as if fully set forth herein the parties' agreement regarding the preservation, disclosure, or discovery of electronically stored information.  (Doc. no. 11, ¶ 9.) The Court also incorporates as if set forth herein the parties' agreement in paragraph ten regarding the response deadline to Plaintiff's state court discovery requests and the total number of interrogatories Plaintiff shall be allowed to submit to Defendant.

SO ORDERED this 29th day of December, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA