# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| GOLD CROSS EMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:20-cv-00171 |
| v. | ) | |
| | ) | |
| PANASONIC CORPORATION OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff GOLD CROSS EMS, INC., pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), and hereby voluntarily dismisses this action with prejudice. Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), all parties who have appeared in this action stipulate to the dismissal of this action with prejudice as part of a Settlement Agreement reached by the parties.

This 29th day of April, 2021.

**HULL BARRETT PC**

/s/ Christopher A. Cosper
Christopher A. Cosper
Georgia State Bar No. 142020

801 Broad Street, Suite 700
Augusta Georgia 30901
ccosper@hullbarrett.com

01488814-1

                                **SWIFT, CURRIE, McGHEE & HIERS, LLP**

By:   */s/ Ashley C. Webber*
        C. Bradford Marsh
        Georgia Bar No. 471280
        Ashley C. Webber
        Georgia Bar No. 149654
        *Attorneys for Defendant Panasonic*
        *Corporation of North America*

Suite 300, The Peachtree
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3238
404-874-8800 (ph)
404-888-6199 (fax)
brad.marsh@swiftcurrie.com
ashley.webber@swiftcurrie.com

01488814-1

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court via the Court's electronic filing system and electronically served a copy of same upon all parties of record as follows:

C. Bradford Marsh
Ashley C. Webber
Suite 300, The Peachtree
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3238
brad.marsh@swiftcurrie.com
ashley.webber@swiftcurrie.com

This 29th day of April, 2021.

**HULL BARRETT PC**

/s/ Christopher A. Cosper
Georgia State Bar No. 142020

801 Broad Street, Suite 700
Augusta Georgia 30901
ccosper@hullbarrett.com

01488814-1

4818-6363-7479, v. 1

01488814-1